UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 15, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  22-MJ-170 |
| | : | |
| OMAR C. WASHINGTON, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) |
| Defendant. | : | and § 841(b)(1)(B)(iii) |
| | : | (Unlawfully Distribution of 28 Grams or |
| | : | More of Cocaine Base) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 14, 2022, within the District of Columbia, **OMAR C. WASHINGTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

(**Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii))

### COUNT TWO

On or about April 26, 2022, within the District of Columbia, **OMAR C. WASHINGTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

**(Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii))

### COUNT THREE

On or about May 10, 2022, within the District of Columbia, **OMAR C. WASHINGTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

**(Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii))

### COUNT FOUR

On or about May 19, 2022, within the District of Columbia, **OMAR C. WASHINGTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

**(Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT FIVE

On or about June 22, 2022, within the District of Columbia, **OMAR C. WASHINGTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

> (**Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT SIX

On or about July 28, 2022, within the District of Columbia, **OMAR C. WASHINGTON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 2001-FEL-001734, did unlawfully and knowingly receive and possess firearms, that is, a Glock-17 9mm handgun, serial number BBDP179, and a Century Arms 7.62x39 model RAS47 pistol, serial number RAS47111737, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts Five of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock-17

9mm handgun, serial number BBDP179, and a Century Arms 7.62x39 model RAS47 pistol, serial number RAS47111737, and 9mm ammunition.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia.